USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ERIC RODRIGUEZ a/k/a Anthony Quinones, :

                Plaintiff, : 09 Civ. 6752 (LTS) (AJP)

          -against- : **ORDER RESCHEDULING**
                                          **SETTLEMENT CONFERENCE**

CAPTAIN "JANE" ROBERTS, et al., :

               Defendants. :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

The settlement conference originally scheduled for February 16, 2010 is rescheduled to **March 16, 2010 at 2:00 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference.

On or before March 9, 2010 counsel shall provide a confidential settlement memorandum to my chambers, as described in my prior Order.

SO ORDERED.

DATED:    New York, New York
            January 4, 2010

                                                  **Andrew J. Peck**
                                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Alan D. Levine, Esq.
                                       Shawn D. Fabian, Esq.
                                       Judge Laura Taylor Swain

C:\ORD\